McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
   *frank.toddre@mccormickbarstow.com*
Julianne M. Ference
Nevada Bar No. 16164C
   julianne.ference@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant
GEICO Advantage Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVERADO ENRIQUE SILVA CABRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-2107-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:21-cv-2107-JCM-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: Cabrera v. Geico Advantage Ins. Co.
Case No. 2:21-cv-2107-JCM-BNW

Each party will bear their own costs and attorneys' fees.

DATED this 19 day of July, 2022

DATED this 19 day of July, 2022

**GINA CORENA & ASSOCIATES**

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

By _____

By _____

Gina M. Corena, Esq.
Nevada Bar No. 10330
Mahna Pourshaban, Esq.
Nevada Bar No. 13743
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Tel. (702) 680-1111

Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

*Attorneys for Plaintiff*

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED July 25, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

8508838.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2022, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _/s/ Cheryl O Schneider_
an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP